

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CURT BECK
Special Assistant Corporation Counsel
E-mail: cbeck@law.nyc.gov
Phone: (212) 676-1395
Fax: (212) 788-9776

May 21, 2012

**VIA ECF**

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Walker v. City of New York, et al., 12 Civ. 385 (CBA)(LB)

Dear Judge Bloom:

  As you know, I represent defendant City of New York in the above-referenced matter. Pursuant to Your Honor's April 30, 2012 Order, I write to state explicitly that which was implicit in my May 15, 2012 letter to Your Honor. Defendants have no objection to plaintiff filing the [Proposed] Amended Complaint. Defendants have already made a settlement offer to counsel for plaintiff. I look forward to hearing back from him and to appearing before Your Honor again on May 23rd.

                   Respectfully submitted,

                   Curt Beck

CPB/hs

cc: Leo Glickman, Esq. (via ECF)