# STOLL, GLICKMAN & BELLINA™ ATTORNEYS AT LAW

475 Atlantic Avenue, 3rd Floor
Brooklyn, NY 11217
P: (718) 852-3710
F: (718) 852-3586

www.stollglickman.com

Chambers of Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 29, 2012

Re:  Dominique Walker v. City of New York et al. 12CV385(CBA)(LB)

Your Honor-

On May 23, 2012, defendants made an offer of judgment pursuant to Fed. R. Civ. P. 68. On May 25, the offer was accepted. Pursuant to Rule 68, plaintiff filed the offer and acceptance with the court, also on May 25. The parties are bound by the offer, acceptance, and Rule 68.

Defendants' letter dated May 29, 2012 is not the first instance in which defendants have created unnecessary litigation in this matter. If there was any confusion on the part of defendants' counsel, he should have contacted the undersigned to clear it up, and we undoubtedly would have. Instead, he wrote an unnecessary letter to the court.

Unless the court is so inclined, I will not further respond to defendants' letter.

Sincerely,

Leo Glickman

By ECF, hard copy by mail